UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

United States of America,  :

    v.  :

2004 DEC 27 P 1:57

U.S. DISTRICT COURT
NEW HAVEN, CT

Venetia Edwards,  :   Docket No. 3:01CR208 (EBB)

    and  :

Fowler Nursing Center, Inc.  :
10 Boston Post Road
Guilford, CT 06437  :
           Garnishee.  :

### ANSWER OF THE GARNISHEE

I, __Pamela A. White__, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant) Human Resource Coordinator

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of __Fowler's Nursing Center, 10 Boston Post Road Guilford, CT__
  state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the __Apple Healthcare, Inc.__ of Garnishee, a
               (state official title)

corporation, organized under the laws of the State of __Connecticut__

On _____, 2004, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes ✓   No

  ✓    ___    1. Defendant was in my/our employ.

            2. Pay period is ✓ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

11/14/2004    Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

11/20/2004    Enter date above pay period ends.

            3. Enter amount of net wages.  Calculate below:

               (a) Gross Pay                $ 677.10

               (b) Federal income tax      $ 69.25

               (c) F.I.C.A income tax       $ 41.98

               (d) State income tax         $ 27.01

               Total of tax withholdings    $ 138.24

               Net Wages                $ 538.86*
               (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim:_____

2

\*\* Check 1 and/or 2 if applicable\*\*

___✓___ 1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Venetia Edwards,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____ 2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____N/A_____ at
(date)

_____N/A_____
(state street address, city, state and zip code)

or hand delivered to 10 Boston Post Road, Guilford, CT 06437
(state actual address of where it was hand delivered)

on 11/14/2004
(date)

Pamela Ann White, Human Resources, Fowler Nursing Center
(Affiant's signature)

Subscribed and sworn to before me this _____ day of _____,
_____.

_____
Notary Public

My Commission expires: _____

3

The *Original Answer* must be mailed to:

>United States District Court
>Office of the Clerk
>141 Church Street
>New Haven, Connecticut 06510

Mail the check (made payable to the *U. S. District Court*)

Send a **Copy** of this Answer to:

>United States Attorney
>Connecticut Financial Center
>157 Church Street
>New Haven, Connecticut 06510
>Attn: Financial Litigation Unit

→ all checks have been mailed previously to address as stated above, and will continue to be mailed every week.

4