UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,           :
                                    :
          v.                        :
                                    :
Venetia Edwards,                    :     DOCKET NO: 3:01CR208 (EBB)
                                    :
          and                       :
                                    :
Montowese Health and                :
Rehabilitation Care Center          :
Attn: Rita Coppola                  :
163 Quinnipiac Avenue               :
North Haven, CT 06473               :
          Garnishee.                :

## ANSWER OF THE GARNISHEE

I, _Rita Coppola_ , BEING DULY SWORN DEPOSES AND SAYS:
   (affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _Montowese Health & Rehab Ctr._  _Quinn. Ave_
        state full name and address of business  _North Haven CT 06473_

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, a
                    (state official title)

corporation, organized under the laws of the State of _Conn._

on _Oct 30th_ , 2006, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

✓     ___     1.  Defendant was in my/our employ.

        2.  Pay period is ✓ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

9-1-2006    Enter the date present pay period began. (present means the pay period in which this order and notice of garnishment were served)

9-2-2006    Enter date above pay period ends.

        3.  Enter amount of net wages. Calculate below:

(a) Gross Pay              $ 450.00

(b) Federal income tax     $ 24.11

(c) F.I.C.A income tax     $ 23.92

(d) State income tax       $ .15

Total of tax withholdings  $ 48.18

Net Wages                  $ 401.82  *
(less total of b,c,d)

25%  $100.46 per week

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim:_____

_____

2

\*\* Check 1 and/or 2 if applicable\*\*

__✓__    1.   The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Venetia Edwards,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____    2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on __10-30-06__ at
(date)

__241__   __2nd floor Apt left Newhaven CT 06511__
(state street address, city, state and zip code)

or hand delivered to __103__   __Ave Northhaven CT 06473__
(state actual address of where it was hand delivered)

on __10-30-06__
   (date)

__Rita Coppola__
(Affiant's signature)

Subscribed and sworn to before me this 30th day of October, 2006.

__Helen M Rausci__
Notary Public

My Commission expires:   My Commission Expires April 30, 2009

3

The *Original Answer* must be mailed to:

>  United States District Court
>  Office of the Clerk
>  141 Church Street
>  New Haven, Connecticut 06510

Mail the check (made payable to the *U. S. District Court)*

Send a *Copy* of this Answer to:

>  United States Attorney
>  Connecticut Financial Center
>  157 Church Street, 23rd Floor
>  New Haven, Connecticut 06510
>  Attn:  Financial Litigation Unit